# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of September, two thousand twenty-five.

Before:      Eunice C. Lee,
                *Circuit Judge.*

_____

| | |
|---|---|
| American Council of Learned Societies, American Historical Association, Modern Language Association of America, | **ORDER** |
| Plaintiffs - Appellants, | Docket No. 25-1905 |

The Authors Guild, et al.,

        Consolidated-Plaintiffs,

  v.

Michael McDonald, in his official capacity as Acting Chairman of the National Endowment for the Humanities, et al.,

        Defendants-Consolidated-Defendants-Appellees.

_____

Appellants move to expedite the appeal.

IT IS HEREBY ORDERED that the motion is DENIED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court