

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

November 18, 2025

By Electronic Case Filing
Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    *American Council of Learned Societies v. Michael McDonald*, No. 25-1905

Dear Ms. Wolfe:

      Pursuant to this Court's Local Rule 31.2(a), defendants-appellees respectfully request a deadline of February 16, 2026, for the filing of defendants-appellees' brief in the above-named appeal. This date is 91 days from the ready date, accounting for tolling during the lapse in government appropriations.

                        Respectfully submitted,

                        JAY CLAYTON
                        United States Attorney

          By:    /s/ *Rachael Doud*
                MARY ELLEN BRENNAN
                RACHAEL DOUD
                Assistant United States Attorneys
                Telephone: (212) 637-2652/2699
                Email: maryellen.brennan@usdoj.gov
                        rachael.doud@usdoj.gov

cc:    All Counsel (by ACMS)