

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

By electronic filing                                           March 18, 2026

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

      Re:    *American Council of Learned Societies v. DOJ*, Docket No. 25-1905

Dear Ms. Wolfe:

    This Office represents defendants-appellees (the "government")in the above-named appeal. I am writing to inform the Court of additional dates on which government counsel will be unavailable for oral argument. I request that the argument of this appeal not be scheduled for the following dates:

    June 15–23, 2026.

    Thank you very much for your consideration.

                    Respectfully,

                    JAY CLAYTON
                    United States Attorney

        By:   /s/ Benjamin H. Torrance
                    BENJAMIN H. TORRANCE
                    Assistant United States Attorney
                    Telephone: 212.637.2703
                    E-mail: benjamin.torrance@usdoj.gov

cc:    counsel (by electronic filing)